UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
In Admiralty

WORLD FUEL SERVICES, INC.,

    Plaintiff,

  vs.

M/V HANJIN MONTEVIDEO, its freights, engines, apparel, appurtenances and tackle,

    Defendant *in rem*.

**WARRANT OF ARREST**

Civil Action No.: 2:16-cv-06584
Supplemental Rule C
Federal Rules of Civil Procedure

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE UNITED STATES MARSHAL OF THE CENTRAL DISTRICT OF CALIFORNIA, OR TO HIS LAWFUL DEPUTY:

    WHEREAS an amended verified complaint has been filed by the Plaintiff in the United States District Court for the Central District of California on September 1, 2016 against Defendant M/V HANJIN MONTEVIDEO and her appurtenances upon admiralty and maritime claim in the amount of $488,749.43, for the reasons and causes stated in said complaint and praying for process of warrant for the arrest of the M/V HANJIN MONTEVIDEO, and that all persons interested in the M/V HANJIN MONTEVIDEO may be cited in general and special to answer the premises and all proceedings be had;

    NOW THEREFORE, you are hereby commanded to take into your possession the M/V HANJIN MONTEVIDEO, and that you promptly after execution of this process file notice in this court with your return thereon, and mail a copy thereof to the attorney of whose request the execution was effected.

    If the character or situation of the property is such that the taking of actual possession is impracticable you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

    WHEREAS this process is issued pursuant to such prayer and requires that any claimant to the intermodal marine containers serve his or her claim to the intermodal marine containers within 14 days after process has been executed, and shall serve an answer within 21 days after the filing of the claim.

    Issued September ____, 2016.

                                Clerk - U.S. District Court

                                By:_____
                                   Deputy Clerk

ISSUED FOR: Attorneys for Plaintiff: Neil B. Klein and Maria del Rocio Ashby, McKasson & Klein LLP, 221 Michelson Drive, Suite 320, Irvine, California  92612, Telephone: 949-724-0200, Facsimile: 949-724-0201.